UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | |
|---|---|
| GREGORY STUART and,<br>DENISE STUART,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH PA,<br>AIG CLAIMS, INC., TRAVEL PLANNERS<br>INTERNATIONAL, INC., and<br>TRAVEL GUARD GROUP, INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)　*Filed Electronically*<br>)<br>)　Civil Action No. _____<br>)<br>)<br>)　JURY DEMAND<br>)　Removed from Madison Co. Circuit<br>)　Court Case No. C-25-231<br>)<br>)<br>)<br>)<br>) |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; AIG CLAIMS, INC.; AND TRAVEL GUARD GROUP, INC.**

**I.	National Union Fire Insurance Company of Pittsburgh PA:**  Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant National Union Fire Insurance Company of Pittsburgh PA makes the following disclosure:

1. National Union Fire Insurance Company of Pittsburgh PA is a direct, wholly owned (100%) subsidiary of AIG Property Casualty U.S., Inc.

2. AIG Property Casualty U.S., Inc. is a wholly owned (100%) subsidiary of AIG Property Casualty Inc.

3. AIG Property Casualty Inc. is a wholly owned (100%) subsidiary of American International Group, Inc.

4. American International Group, Inc. is a publicly held corporation.

5. No public company has an interest of 10% or more in American International Group, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), National Union Fire Insurance Company of Pittsburgh PA states that it is a corporation organized under the laws of the State of Pennsylvania with its principal place of business in the State of New York.

II.    **AIG Claims, Inc.:**  Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant AIG Claims, Inc. makes the following disclosure:

1. AIG Claims, Inc. is a direct, wholly owned (100%) subsidiary of AIG Property Casualty Inc.

2. AIG Property Casualty Inc. is a wholly owned (100%) subsidiary of American International Group, Inc.

3. American International Group, Inc. is a publicly held corporation.

4. No public company has an interest of 10% or more in American International Group, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), AIG Claims, Inc. states that it is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of New York.

III.    **Travel Guard Group, Inc.:**  Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Travel Guard Group, Inc. makes the following disclosure:

1. Travel Guard Group, Inc. is a wholly owned subsidiary of Zurich CoverMore Global Travel, Inc.

2. Zurich CoverMore Global Travel, Inc. is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.

3. Zurich Holding Company of America, Inc. is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation.

4. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation.

5. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Travel Guard Group, Inc. states that it is a corporation organized under the laws of the State of Wisconsin with its principal place of business in the State of Wisconsin.

Respectfully submitted,

*/s/ Elle G. Kern*
Elle G. Kern, No. 034301
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, TN  37201
615-251-5550 Telephone
615-251-5551 Facsimile
ekern@fbtlaw.com

*Counsel for National Union Fire Insurance Company of Pittsburgh PA, AIG Claims, Inc., and Travel Guard Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users, and I sent a true copy of the foregoing document and the notice of electronic filing by U.S. Mail to the following:

| | |
|---|---|
| David W. Camp | Travel Planners International, Inc. |
| CAMP & CAMP, PLLC | 1740 Fennell Street |
| 403 North Parkway, Suite 201 | Maitland, Florida 32751 |
| Jackson, Tennessee 38305 | |
| (731) 664-4499 | |
| david@campattorney.net | |

                    /s/ Elle G. Kern
                    *Counsel for National Union Fire Insurance Company of Pittsburgh PA, AIG Claims, Inc., and Travel Guard Group, Inc.*

0120907.0811593    4928-7958-0265