UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT JACKSON

GREGORY STUART and,
DENISE STUART,

       Plaintiffs,

    v.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH PA,
AIG CLAIMS, INC., TRAVEL
PLANNERS INTERNATIONAL, INC.,
and TRAVEL GUARD GROUP, INC.,

       Defendants.

Case No. 1:25-cv-01221-STA-jay

JURY DEMANDED

## DECLARATION OF KEN GAGLIANO

I, Ken Gagliano, do declare under penalty of perjury that the following is both within my personal knowledge and true and correct:

1.      I am competent to testify to all facts stated in this Declaration, which are within my personal knowledge or based on the business records of Travel Planners International, Inc.

2.      I am the Chief Executive Officer of Travel Planners International, Inc.

3.      Travel Planners International, Inc. is a Florida corporation that was formed in 1992.

4.      Travel Planners International, Inc. maintains its principal office at 1740 Fennell Street, Maitland, Florida 32751 and has maintained its principal office at this address since 2015.

5.      Travel Planners International, Inc. maintains a website at:

      https://www.travelplannersinternational.com/.

6.      Travel Planners International Inc. was the agency of record for the travel insurance plan ("Policy") purchased to cover the trip booked by Gregory Stuart and Denise Stuart departing August 19, 2024 and returning September 7, 2024.

7.      Travel Agent Jason Rhen referred the business to Travel Planners International, Inc.

8.      Travel Planners International, Inc. has no knowledge of, or relation to, a Tennessee corporation also named "Travel Planners International, Inc."

9.      Travel Planners International, Inc. has no knowledge of, or relation to, a person named "Ronnie Reiter."

10.     A Tennessee corporation also named "Travel Planners International, Inc." had no involvement with the Policy, including the purchase of the Policy.

I declare under penalty of perjury that the foregoing is true and correct.

Ken Gagliano

Date: 10/14/25

0120907.0811593   4910-8143-2433v1

State of NC County of Transylvania
The foregoing instrument was acknowledged
before this 14th day of October, 20 25
by Ken Gagliano
Notary Public Denise Allison
My commission expires 02/01/2029

Denise Allison
Notary Public
Transylvania County, NC
My Commission Expires: 02/01/2029