*Revised September 2025*

# United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff | **Gregory Stuart and Denise Stuart** |
|---|---|
| Defendant | **National Union Fire Insurance Company of Pittsburgh PA; AIG Claims, Inc.; Travel Planners International, Inc.; and Travel Guard Group, Inc.** |
| Case Number **1:25-CV-01221-STA-jay** | Judge **S. Thomas Anderson** |

I, **Christopher Burnside** hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of **National Union Fire Insurance Company of Pittsburgh PA, AIG Claims, Inc., and Travel Guard Group, Inc.** by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| **United States District Court, Western District of Kentucky** | **12/27/1989** |
| **United States District Court, Eastern District of Kentucky** | **01/18/1990** |
| **Supreme Court of the Commonwealth of Kentucky** | **11/03/1989** |
| **United States Court of Appeals for the Sixth Circuit** | **08/22/1996** |
| United States District Court, Southern District of Indiana | 01/30/2019 |
| United States Court of Appeals for the Seventh Circuit | 11/02/2021 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| **Burnside** | **Christopher** | **Kentucky Bar No. 83043** |

| Applicant's Firm Name | |
|---|---|
| **Frost Brown Todd LLP** | |

| Applicant's Address | Room/Suite Number |
|---|---|
| **400 West Market Street** | **Suite 3200** |

| City | State | Zip Code |
|---|---|---|
| **Louisville** | **KY** | **40202** |

| Applicant's Email Address |
|---|
| **cburnside@fbtlaw.com** |

| Applicant's Phone Number(s) |
|---|
| **502-568-0245** |

| Residence Address/P.O. Box | Apt |
|---|---|
| **7510 Cantrell Drive** | |

| City | State | Zip Code |
|---|---|---|
| **Crestwood** | **Kentucky** | **40014** |

Certificate of Consultation

**In accordance with Local Rule 7.2(a)(1)(B), Mr. Burnside consulted with Plaintiffs' counsel, David W. Camp, via telephone on December 11, 2025 and Mr. Camp consents to this motion and Mr. Burnside's admission *pro hac vice*.**

| Date | Electronic Signature of Applicant |
|---|---|
| **December 29, 2025** | S/ *Christopher Burnside* |

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

## CERTIFICATE OF GOOD STANDING

I, _____ James J. Vilt, Jr. _____ , Clerk of this Court,

certify that _____ Christopher S. Burnside _____ , Bar # _____ 83043 _____ ,

was duly admitted to practice in this Court on _____ 12/27/1989 _____ , and is in good standing as a member of the Bar of this Court.

Dated at _____ Louisville, Ky _____ on _____ 12/01/2025 _____
                            *(Location)*                                            *(Date)*

*CLERK*                                                          *DEPUTY CLERK*



| M. Katherine Bing<br>Clerk | **OFFICE OF THE CLERK**<br>**SUPREME COURT OF KENTUCKY**<br>669 CHAMBERLIN AVE, SUITE A104<br>FRANKFORT, KENTUCKY 40601 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Christopher S. Burnside_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____November 3, 1989_____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that_____Christopher S. Burnside_____is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this ___8th___ day of December, 2025.

M. KATHERINE BING
CLERK

By: _Karen Cole_
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Todd V. McMurtry
President

Matthew P. Cook
President-Elect

J. Tanner Watkins
Vice President

Rhonda J. Blackburn
Immediate Past President

Kyle R. Bunnell
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Sheila P. Hiestand
Sarah Hay Knight
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan D. Phillips
Ryan C. Reed
James A. Sigler
Catherine D. Stavros
Matthew C. Tierney

*THIS IS TO CERTIFY THAT*

**CHRISTOPHER S. BURNSIDE**
*Frost Brown Todd LLP*
*400 West Market Street, 32nd Floor*
*Louisville, Kentucky 40202-3363*

*Membership No. 83043*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 3rd day of December, 2025.*

**JOHN D. MEYERS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar